LAW OFFICE OF ANN C. MOORMAN
ANN C. MOORMAN (SBN 130144)
308 S. School Street
Ukiah, CA 95482
Telephone:  707-462-1844
Facsimile:    707-468-0522

*Attorney for Defendant Guy Ferrari*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VIRGINIA FERRARI, and GUY FERRARI,<br><br>Defendants. | Case No: 2:08 CR 401 LKK<br><br>**STIPULATION AND ORDER RE: CONTINUATION OF ARRAIGNMENT OF GUY FERRARI SET FOR OCTOBER 8, 2008 AT 2:00 P.M. UNTIL NOVEMBER 12, 2008** |

The United States and defendant Guy Ferrari, through his respective counsel, stipulate and agree as follows:

### RECITALS

1. An arraignment date of September 24, 2008 was set in the above-captioned matter for defendants Virginia Ferrari and Guy Ferrari.  Upon Stipulation of the parties, the Court entered an order continuing to October 8, 2008, the arraignment of both defendants.

2. On August 5, 2008 Guy Ferrari underwent surgery to help alleviate the severe pain caused by his spinal decompression.  Due to Mr. Ferrari's fragile state of health on August 5, 2008 a lesser surgery, than required to treat his condition of spinal decompression, was performed.  As a result of the August 5, 2008 surgery, Mr. Ferrari suffered bilateral pulmonary

embolisms in his lungs and his leg.  Mr. Ferrari was subsequently hospitalized five additional times to treat the embolisms, resulting in infections, and complications from the original surgery and subsequent hospital admissions.

3. Mr. Ferrari is currently in very poor health.  He is taking 23 different medications daily.  These medications affect his cognitive ability and his general alertness.  Mr. Ferrari also has limited mobility due to the life-threatening nature of the embolisms in their current state.  Mr. Ferrari is unable to perform daily functions on his own.  He is assisted by Virginia Ferrari for his daily needs.  Mr. Ferrari is unable to tolerate additional stress or make informed decisions at this time.

4. Mr. Ferrari's severe back condition will require additional surgery in the next three to six months.  The date of any further surgery is pending the resolution of his current medical issues and his ability to survive such a surgery.

5. Counsel for Virginia Ferrari is aware of this request on behalf of Guy Ferrari and has no objection to it.  Virginia Ferrari will be present at the October 8, 2008 arraignment date.

6. The United States and counsel for Guy Ferrari agree, and respectfully request that the Court allow the October 8, 2008 arraignment date for Guy Ferrari to be continued until November 12, 2008 at 2:00 p.m. due to Mr. Ferrari's current medical condition.

**STIPULATION**

Based on the foregoing,  IT IS HEREBY STIPULATED AND AGREED, that the October 8, 2008 arraignment date for Guy Ferrari be continued until November 12, 2008 at 2:00 p.m. due to Mr. Ferrari's current medical condition.

///

///

///

IT IS SO STIPULATED AND AGREED.

DATED:  October 6, 2008

                              LAW OFFICE OF ANN C. MOORMAN

                              By:  /s/ Ann C. Moorman
                                   Ann C. Moorman
                                   *Attorney for Defendant Guy Ferrari*

DATED:  October 7, 2008        UNITED STATES OF AMERICA

                              By:  /s/ Samantha Spangler
                                   Samantha Spangler, Assistant U.S. Attorney
                                   *Attorney for The United States*

**ORDER**

Pursuant to the foregoing stipulation, **IT IS SO ORDERED** that the October 8, 2008 arraignment date for Guy Ferrari be continued until November 12, 2008 at 2:00 p.m. due to Mr. Ferrari's current medical condition.

DATED: October 7, 2008.

_____
U.S. MAGISTRATE JUDGE

STIPULATION AND ORDER RE: CONTINUATION OF ARRAIGNMENT DATE