McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VIRGINIA BUSEY FERRARI,<br>and GUY FERRARI,<br><br>　　　　Defendant. | Case No. 2:08-cr-401 LKK<br><br>GOVERNMENT'S UN-OPPOSED REQUEST TO DROP DEFENDANT GUY FERRARI'S ARRAIGNMENT FROM CALENDAR; [PROPOSED] ORDER<br><br>DATE:　November 12, 2008<br>TIME:　2:00 p.m.<br>COURT:　Hon. Dale A. Drozd |

### Request

The government hereby requests that the Court drop from calendar the arraignment of Guy Ferrari, presently scheduled for November 12, 2008, at 2:00 p.m.  Mr. Ferrari is seriously ill, as the Court was previously notified when the arraignment was continued to the current date.  The government and Virginia Ferrari are engaged in plea negotiations which may result in the government moving to dismiss all the charges against Guy Ferrari.  Therefore, the government requests that the arraignment be dropped from calendar indefinitely, until and unless the unlikely event that the government requests that the matter be re-calendared for arraignment.  The undersigned prosecutor has discussed this matter,

via electronic mail communications, with Ann C. Moorman, counsel for Mr. Ferrari, and she approves of the approach set forth in this request.

DATED: November 10, 2008          McGREGOR W. SCOTT
                                  United States Attorney


                              by  /s/ Samantha S. Spangler
                                  Samantha S. Spangler
                                  Assistant U.S. Attorney

### Order

Good cause appearing, the arraignment of Guy Ferrari, presently scheduled for November 12, 2008, shall be dropped from calendar indefinitely, until and unless re-calendared by the prosecutor.

IT IS SO ORDERED.

DATED: November 10, 2008

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE